IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIARA MENA,<br>      Plaintiff,<br><br>v.<br><br>EAST PENN MANUFACTURING,<br>      Defendant. | :<br>:<br>:<br>:   Civil No. 5:23-cv-02688-JMG<br>:<br>:<br>: |

**ORDER**

**AND NOW**, this 30th day of December, 2024, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 33), Plaintiff's Motion in Opposition to Defendant's Motion for Summary Judgment (ECF No. 34), and Defendant's Reply Brief in Further Support of Its Motion for Summary Judgment (ECF No. 37), **IT IS HEREBY ORDERED** that Defendant's Motion for Summary Judgment (ECF No. 33) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge